STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**MARIBELI GARCIA RIVERA**     Case No.  11-06079-BKT

Chapter 13     Attorney Name:  ROBERTO FIGUEROA CARRASQUILLO

| I. Appearances | | | | Date & Time: 8/17/2011 3:00:00PM |
|---|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | | [X] R  [ ] NR  LV: $12,124.00 |
| Joint Debtor | [ ] Present | [ ] Absent | | [X] This is debtor(s) 4 Bankruptcy filing. |
| Attorney for Debtor | [X] Present | [ ] Absent | | Creditors: |
| [ ] Prose | | | | None |
| [X] Substitute  M. Vega | | | | |

**II. Oath Administered**
  [X] Yes          [ ] No

**III. Plan**

Date: 07/18/2011     Base: $12,000.00   Payments 0 made out of 1 due.

Confirmation Hearing Date:   9/16/2011  2:30:00PM

Evidence of Pmt shown:   Yes

**Attorney's fees as per R. 2016(b)**
   $3,000.00  -  $146.00  =  $2,854.00

**IV. Status of Meeting**

[X] Closed       [ ] Not Held       [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**MARIBELI GARCIA RIVERA**                 Case No.   **11-06079-BKT**

                                            Chapter 13     Attorney Name:   **ROBERTO FIGUEROA CARRASQUILLO**

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [X] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [X] Fails liquidation value test |    [ ] State - years |
| [ ] Insuarence quote | [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1) Regarding the disputed debt with Scotiabank as disclosed in schedule F in the amount $75,719.00, debtor alleges that said debt appears in her credit score but she does not recognizes owing any monies to said creditor.

2) It is debtor's intention to pay 100+ legal interest; debtor will wait until after bar date to amend plan.

3) Debtor received the 2010 tax refund in the amount of $757 and used it to cover school expenses. Debtor will move the court accordingly and submit evidence of the expenses covered.

s/Rosamar García                                                      Date:    08/17/2011

**Trustee/Presiding Officer**                                                     (Rev. 02/11)