IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MARIBELI GARCIA RIVERA

CASE NO. 11-06079 BKT

Chapter 13

XXX-XX-6426

**FILED & ENTERED ON 10/12/2011**

Debtor(s)

## ORDER

Debtor's motion requesting order to use tax refund (docket #12) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico this 12 day of October, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

CC: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO OLIVERAS RIVERA